## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **MAURICE LIONEL BALLA,** §<br>§<br>*Petitioner*, §<br>§<br>**v.** §<br>§<br>**TODD BLANCHE, U.S. ATTORNEY** §<br>**GENERAL; MARY DE ANDA-** §<br>**YBARRA, REGIONAL DIRECTOR OF** §<br>**ICE, AREA FIELD OFFICE; TODD M.** §<br>**LYONS, INTERIM DIRECTOR OF** §<br>**ICE; MICHAEL WATKINS,** §<br>**DIRECTOR OR WARDEN, EL PASO** §<br>**CAMP EAST MONTANA; WAYNE** §<br>**MULLIN, SECRETARY OF** §<br>**HOMELAND SECURITY; AND EL** §<br>**PASO CAMP EAST MONTANA,** §<br>§<br>*Respondents*. § | No.  3:26-CV-01682-LS |

### ORDER DISMISSING CASE

Petitioner Maurice Lionel Balla filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1] Petitioner's appeal of his removal order was dismissed on May 26, 2026.[2] Thus, his removal order became final on that date.[3]

The removal period is ninety days from the date the order of removal becomes administratively final.[4] During the removal period, "the Attorney General shall detain the alien."[5] Petitioner has only been held in custody for sixty-six days after his removal order became final.

---

[1] ECF No. 2.

[2] Executive Office for Immigration Review, *Automated Case Information*, Dep't of Justice, https://acis.eoir.justice.gov/en/ (last visited July 29, 2026).

[3] 8 C.F.R. § 1241.1(a).

[4] 8 U.S.C. § 1231(a)(1).

[5] *Id.* § 1231(a)(2)(A).

Because Petitioner is still within the ninety-day removal period, his habeas petition is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. The Clerk shall close this case.

      **SO ORDERED**.

      **SIGNED** and **ENTERED** on July 31, 2026.

                        **LEON SCHYDLOWER**
                        **UNITED STATES DISTRICT JUDGE**